

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, Jack Greenberg and Norman C. Amaker, New York City, for appellant.

J. Louis Wilkinson and Wm. C. Walker, Birmingham, for appellee.

PRICE, Presiding Judge.

Reversed and rendered on authority of Robinson v. State of Florida, 378 U.S. 153, 84 S.Ct. 1693, 12 L.Ed.2d 771.

155 So.2d 603

**Bernard S. LEE**

**v.**

**STATE.**

**3 Div. 105.**

Court of Appeals of Alabama.

Oct. 23, 1962.

Rehearing Denied Nov. 20, 1962.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed, authority of Abernathy v. State, 155 So.2d 586.

Certiorari denied by Supreme Court, 155 So.2d 604, (3 Div. 45).

160 So.2d 636

**Clyde Edward LOTT**

**v.**

**STATE.**

**1 Div. 948.**

Court of Appeals of Alabama.

Oct. 8, 1963.

Rehearing Denied Nov. 5, 1963.

Clyde Edward Lott, pro se.

Richmond M. Flowers, Atty. Gen., and John G. Bookout, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed.

Certiorari denied without prejudice by Supreme Court, Ala.; 160 So.2d 636 (1 Div. 198).